University of Illinois, No. 622—

*Opinion submitted April 26, 1934.*

## BY THE COURT.

As the business of the University of Illinois is not that of maintaining and operating buildings, as construed by the courts, the service of a mechanic regularly employed in the maintenance and repair of the buildings would not bring such employment within the Workmen's Compensation Act. Upon the facts stated, no award is recommended. (See *Lombard College* vs. *Industrial Commission*, 294 Ill. 548.)